UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

James Cole,
    Plaintiff,

Civil Action 4:10-CV-426

Honorable John Jones III

(Magistrate Smyser, J.)

-vs-

Seth Ferranti and
Gorilla Convict Publications.

**FILED**
HARRISBURG, PA

JAN 10 2012

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

<u>Memorandum of Law In Support</u>

Rule 56(f) Motion

IF IT MAY PLEASE THE COURT:

Plaintiff moves this Honorable Court and states the following: Fed. R. Civ. P. provides, "If the party opposing the Motion for [Summary Judgment] shows by Affidavit that, for specific reasons it cannot present facts essential to justify its opposition, the court may, order a continuance to enable depositions to be taken, Fed. R. Civ.P 56(f), Kosomoski v- Express times Newspapers, U.S. Dist. Lexis 74868 (CA3 2009)

in this Matter, the court knows plaintiff was given and order to allow Plaintiff the opportunity to get an "[A]ffidavit' from a David Worrells but... according to USP Atlanta Unit Manager Stewart, Allenwood is draging their feet.

see Doe v- Abington Friends Sch. 480 F 3d 252 (3rd Cit 2007) Court should give opposing party, to Summary Judgment adequate time to obtain discovery, in this prison setting. see attachment

Plaintiff request a 30 day continuance.

x _James Cole_
Respectfully Submitted

# PROOF OF SERVICE

I certify that on __1-3-2012__ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addresses listed below:

| | |
|---|---|
| Office of the Clerk | Seth Ferranti and Gorilla Convict |
| uNited States Courthouse   and | Publications |
| 228 Walnut St. | 1019 Willott st. |
| Harrisburg, Pa. 17108 | St. Peters, Mo. 63376 |

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __1-3-2012__ (date) for forwarding to __CLERK__. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

x __James Cole__
   Signature

Dated: __1-3-2012__

BP-S148.055  
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Unit Manager/ Mr. Stewart | DATE: November 14, 2011 |
|---|---|
| FROM: JAMES COLE | REGISTER NO.: 41167-066 |
| WORK ASSIGNMENT: AM/COOK | UNIT: B1 / 106L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Per our conversation, enclosed is a "Court Order" from the Middle District of Pennsylvania, requesting permission for Your/ James Cole #41167-066 U.S.P. Atlanta P.O. Box 150160, Atlanta, Ga. 30315 for Legal Correspondence with, (David Worrells 54214-066) F.C.I. Allenwood, P.O. Box 2000, WhiteDeer, Pa. 17887 with regards to Cole vs- Ferranti, et al. a Court Proceeding.

( see attachment )

(Do not write below this line)

DISPOSITION:

Signature Staff Member                              Date

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86  
                                                                    and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES COLE, : CIVIL NO: 4:10-CV-00426
    Plaintiff :
 : (Judge Jones)
    v. :
 : (Magistrate Judge Smyser)
 :
SETH FERRANTI and :
GORILLA CONVICT PUBLICATIONS, :
 :
    Defendants :

**ORDER**

On September 16, 2011, the plaintiff filed a third motion for the appointment of counsel. The plaintiff, who is incarcerated at the United States Penitentiary in Atlanta, asserts that he is seeking appointment of counsel for the limited purpose of obtaining an affidavit to support his opposition to the defendants' statute of limitations defense from David Worrell, who is a federal prisoner at the Federal Correctional Institution at Allenwood.

After considering the factors set forth in *Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993), and for the reasons set forth in the Order of September 30, 2010, we will deny the plaintiff's third motion for the appointment of counsel. But